UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 3:09cr148  (SRU) |
| : | |
| HENRY CRESPO : | |

**ORDER**

It is the ORDER of the Court that the disclosure dates previously ordered and filed on the AO 246B, Order for a Presentence Investigation and Report, are suspended until the issuance of a new AO 246B.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 6th day of July 2009.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge